TOWN OF ITHACA, Respondent, v. ROCCO P. LUCENTE, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.